UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE MONEGRO, on behalf of himself and all others similarly situated,

      Plaintiffs,

  v.

LISTENING SYSTEMS, INC.,

      Defendant.

**ORDER**

21 Civ. 1291 (ER)

RAMOS, D.J.

 On February 12, 2021, Frankie Monegro brought this proposed class action against Listening Systems, Inc. ("Listening Systems") for violation of the Americans with Disabilities Act and the New York City Human Rights Law. Doc. 1. On March 15, 2021, Deborah S. Meyer moved to dismiss the complaint on behalf of Listening Systems. Doc. 6. It is not clear from the filing that Ms. Meyer is an attorney, and counsel for Listening Systems has yet to appear.

 The Court denies Listening Systems' motion without prejudice. All motions must be filed in accordance with the Court's Individual Practices, *see* Individual Rule 2(A)(ii), which requires that the movant request a pre-motion conference prior to filing a motion to dismiss. The Court advises Listening Systems to direct counsel to file a notice of appearance. The Court further advises Listening Systems that corporations must be represented by counsel. *Pecarsky v. Galaxiworld.com Ltd.*, 249 F.3d 167, 172 (2d Cir. 2001) ("As a corporation, appellant, Galaxiworld, could only appear with counsel.").

 It is SO ORDERED.

Dated: March 18, 2021
   New York, New York

                 _____
                 Edgardo Ramos, U.S.D.J.