UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE MONEGRO, on behalf of himself
and all others similarly situated,

                    Plaintiffs,

v.

LISTENING SYSTEMS, INC.,

                    Defendant.

**ORDER**

21 Civ. 1291 (ER)

RAMOS, D.J.

    On February 12, 2021, Frankie Monegro brought this proposed class action against Listening Systems, Inc. ("Listening Systems") for violation of the Americans with Disabilities Act and the New York City Human Rights Law.  Doc. 1.  On March 15, Deborah S. Meyer moved to dismiss the complaint on behalf of Listening Systems.  Doc. 6.  It is not clear from the filing that Ms. Meyer is an attorney.  On March 18, the Court denied Listening Systems' motion without prejudice, directed counsel to file a notice of appearance, and advised Listening Systems that corporations must be represented by counsel.  *Pecarsky v. Galaxiworld.com Ltd.*, 249 F.3d 167, 172 (2d Cir. 2001).  Doc. 7.  On March 23, Ms. Meyer consented to electronic service.  Doc. 8.  Counsel has not yet appeared on behalf of Listening Systems.

    Accordingly, Listening Systems is directed to instruct counsel to file a notice of appearance by **April 19, 2021**.

    It is SO ORDERED.

Dated: April 5, 2021
       New York, New York

                                                Edgardo Ramos, U.S.D.J.