UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE MONEGRO, on behalf of himself and
all others similarly situated,
    Plaintiff,

v.                                    CASE NO.: 1:21-cv-1291
LISTENING SYSTEMS, INC.

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: April 11, 2021                              Respectfully Submitted,

                                                  */s/ Mark Rozenberg*
                                                  Mark Rozenberg, Esq.
                                                  **Stein Saks, PLLC**
                                                  285 Passaic Street
                                                  Hackensack, NJ 07601
                                                  mrozenberg@steinsakslegal.com
                                                  Tel. 201-282-6500
                                                  Fax 201-282-6501
                                                  *Attorneys for Plaintiff*

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: 04/12/2021
New York, New York